IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATRINA ROBINSON<br><br>            Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br>D.B.A. "MR. COOPER",<br><br>OGDEN INSURANCE AGENCY, INC.,<br><br>            Defendants. | Case No.   21-CIV-380-RAW |

## J U D G M E N T

In accordance with the Memorandum and Order entered the 5th day of August, 2024, it is

ORDERED, ADJUDGED and DECREED that this case is dismissed.

**IT IS SO ORDERED** this 6th day of August, 2024.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**