IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

KATRINA ROBINSON,                           )
                    Plaintiff,         )
                                           )
v.                                          )          Case No.: 21-CV-380-RAW
                                           )
NATIONSTAR MORTGAGE, LLC,                   )
D.B.A. "MR. COOPER,"                        )
and                                         )
OGDEN INSURANCE AGENCY, INC.,               )
               Defendants.         )

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT OGDEN INSURANCE AGENCY, INC. ONLY**

      COME NOW the attorneys for Plaintiff and Defendant Ogden Insurance Agency, Inc., and hereby stipulate and agree that the above-captioned cause may be dismissed with prejudice as to Defendant Ogden Insurance Agency, Inc., only, to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among Plaintiff and Defendant Ogden Insurance Agency, Inc., with each party to bear his or its own attorney fees and costs.

      Said parties hereby request the Court Clerk show this action as dismissed with prejudice as to Defendant Ogden Insurance Agency, Inc. pursuant to this stipulation.

                         Respectfully submitted,


                         /s/ Teressa L. Webster
                         Teressa L. Webster, OBA No. 30767
                         Legal Aid Services of Oklahoma, Inc.
                         530 Court Street
                         Muskogee, OK 74401
                         T: (918) 683-5681
                         Teressa.Webster@laok.org
                         *Attorney for Plaintiff Ms. Katrina Robinson*

*/s/ Tim D. Cain*
Tim D. Cain, OBA No. 11779
Wilson, Cain & Acquaviva
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103
T: (405) 236-2600
timcain@swbell.net
*Attorney for Defendant Ogden Insurance Agency, Inc.*

## CERTIFICATE OF SERVICE

☑      I hereby certify that on 3rd day of January 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ Teressa L. Webster